UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TISSUETECH, INC.,
a Florida corporation

   Plaintiff,

vs.

NORTHWEST TISSUE CENTER, a
department of PUGET SOUND BLOOD
CENTER AND PROGRAM, a Washington
public benefit corporation.

   Defendant.

CASE NO. **03-22815**
**CIV-HOEVELER**
MAGISTRATE
BANDSTRA



## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, by and through its attorneys, alleges and avers as follows:

1. This action arises under the Patent laws of the United States, Title 35, United States Code, Section 101 et seq.

2. This Court has jurisdiction pursuant to Title 28 United States Code Section 1338.

3. Venue is based on Title 28 United States Code Section 1391(b) and (c) and Section 1400.

4. The Southern District of Florida has personal jurisdiction over the Defendant under the Florida Long-Arm Statute, Fla. Statute Chapter 48.193, because Defendant is committing acts of patent infringement in the Southern District of Florida through distribution and offers to distribute infringing products, is causing injury to Plaintiff in this State out of acts or omissions outside the State at or about a time that products of the Defendant were used or consumed in this State in the

ordinary course of commerce, trade or use, and by engaging in substantial and not isolated activity within this State.

5. Plaintiff, TISSUETECH, INC. (hereinafter TISSUETECH) is a Florida corporation having a principal place of business at 8780 SW 92nd Street, Suite 203, Miami, Miami-Dade County, Florida 33176.

6. Plaintiff TISSUETECH is the owner, by assignment recorded on September 30, 2003 at Reel 014015 Frame 0348, of United States Letters Patent No. 6,152,142 entitled "Grafts Made From Amniotic Membrane; Methods of Separating, Preserving, and Using Such Grafts in Surgeries" (hereinafter the "'142 Patent"), which was duly and legally issued to Dr. Scheffer C.G. Tseng on November 28, 2000, and attached hereto as Exhibit A.

7. Plaintiff TISSUETECH is the owner, by assignment recorded on September 30, 2003 at Reel 014015 Frame 0348 of United States Letters Patent No. 6,326,019 entitled "Grafts Made From Amniotic Membrane; Methods of Separating, Preserving, and Using Such Grafts in Surgeries" (hereinafter the "'019 Patent"), which was duly and legally issued to Dr. Scheffer C.G. Tseng on December 4, 2001, and attached hereto as Exhibit B.

8. Defendant, NORTHWEST TISSUE CENTER a department of Puget Sound Blood Center and Program ("NWTC"), a Washington nonprofit public benefit corporation, has its principal place of business at 921 Terry Avenue, Seattle, Washington, 98104. NWTC processes, manufactures, sells and distributes amniotic membrane products used for surgical grafts.

9. On March 6, 2002, TISSUETECH sent a cease and desist letter to NWTC notifying NWTC of its infringement of the '142 and '019 Patents (the Tseng Patents) and demanded that NWTC cease and desist all infringing activities.

10. NWTC has had actual notice of the Tseng Patents since at least as early as NWTC's receipt and acknowledgement of the said March 6, 2002 letter.

## COUNT I
### (Direct Infringement)

11. The allegations of paragraphs 1 – 10 are repeated and realleged as if set forth fully herein.

12. Upon information and belief, defendant NWTC has infringed and is presently infringing the '142 and '019 Patents by processing, making, using, distributing, offering to distribute within the United States, and within this Judicial District, amniotic membrane products that employ the inventions of the '142 and '019 Patents and will continue to do so unless enjoined by this Court.

13. Upon information and belief, the infringement by NWTC has been willful and deliberate.

14. Tissuetech has been damaged as a result of the infringing activities of NWTC and will continue to be damaged unless such activities are enjoined by this Court.

## COUNT II
### (Active Inducement of Infringement)

15. The allegations of paragraphs 1 – 10, 12 and 13 above are repeated and realleged as if fully set forth herein.

16. Upon information and belief, NWTC has infringed and is presently infringing the '142 and '019 Patents by actively inducing others to infringe the '142 and '019 Patents within the United States, and within this Judicial District, and will continue to do so unless enjoined by this Court.

17. Upon information and belief, NWTC's inducement of infringement has been willful and deliberate.

FTL:1108551:2

18.     Tissuetech has been damaged as a result of NWTC's infringing activities and will continue to be damaged unless such activities are enjoined.

## COUNT III
### (Contributory Infringement)

19.     The allegations of paragraphs 1 - 10, 12 and 13 above are repeated and realleged as if fully set forth herein.

20.     Upon information and belief, NWTC has infringed and is presently infringing the '142 and '019 Patents by having distributed and offered to distribute, and presently distributing and offering to distribute within the United States and within this Judicial District a component or process of the invention of the '142 and '019 Patents, or material or apparatus or process for use in practicing the inventions of the '142 and/or '019 Patents, constituting a material part of the inventions, knowing the same to be especially made and not a commodity of commerce suitable for substantial noninfringing use, and will continue to do so unless enjoined by this Court.

21.     Upon information and belief, NWTC's contributory infringement has been willful and deliberate.

22.     Tissuetech has been damaged as a result of NWTC's infringing activities and will continue to be damaged unless such activities are enjoined.

WHEREFORE, Plaintiff requests that this Court enter an order granting the following:

A.      A declaration that Plaintiff's '142 and '019 Patents are valid and infringed by Defendant;

B.      A preliminary and permanent injunction against NWTC's, continued and future infringement of the '142 and '019 Patents;

4

FTL:1108551:2

C. An accounting for damages for patent infringement pursuant to 35 U.S.C. § 284;

D. A finding that the infringing activity of NWTC has been willful and deliberate, and that this is an exceptional case pursuant to 35 U.S.C. § 285;

E. An award of treble the compensatory damages based upon willful infringement;

F. An assessment of interest on the damages so computed;

G. An award of attorney fees under 35 U.S.C. § 285; and

H. Such other relief as the Court deems just and appropriate.

Dated this 21 day of October, 2003.

        Respectfully submitted,

        RUDEN, McCLOSKY, SMITH,
        SCHUSTER & RUSSELL, P.A.
        Attorneys for Plaintiff
        15th Floor
        200 East Broward Boulevard
        Post Office Box 1900
        Fort Lauderdale, Florida 33302
        Phone: (954)527-2487
        Fax:   (954)333-4087
        Kevin.Ogrady@Ruden.com

By: _____
        Kevin J. O'Grady
        Florida Bar No. 376590
        Robert M. Schwartz
        Florida Bar No. 304018



US006152142A

# United States Patent [19]

## Tseng

[11] Patent Number: **6,152,142**

[45] Date of Patent: **Nov. 28, 2000**

[54] **GRAFTS MADE FROM AMNIOTIC MEMBRANE; METHODS OF SEPARATING, PRESERVING, AND USING SUCH GRAFTS IN SURGERIES**

[76] Inventor: **Scheffer C. G. Tseng**, 10000 SW. 63rd Pl., Pinecrest, Fla. 33156

[21] Appl. No.: **09/027,109**

[22] Filed: **Feb. 20, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/039,486, Feb. 28, 1997.

[51] Int. Cl.[7] .................................................. **A61B 19/00**
[52] U.S. Cl. .................................................. **128/898; 623/4**
[58] Field of Search ................................ 128/898; 623/4

[56] **References Cited**

PUBLICATIONS

Badawy, et al. "Evaluation of Tissue Healing and Adhesion Formation After an Intraabdominal Amniotic Membrane Graft in the Rat," 34 *J. Reproductive Med.* 198 (1989).

Yokomori, et al., "Advantages and Pitfalls of Amnion Inversion Repair for the Treatment of Large Unruptured Omphalocele: Results of 22 Cases," 23 *Journal of Pediatric Surgery* 882 (1992).

Sorsby, et al., "Further Experience with Amniotic Membrane Grafts in Caustic Burns of the Eye," 31 *Br. J. Opthamology* 409–18 (1947).

Sorsby and Symons, "Amniotic Membrane Grafts in Caustic Burns of the Eye (Burns of the Second Degree)," 30 *Br. J. Opthamology* 337–345 (1946).

*Primary Examiner*—V. Milliw
*Assistant Examiner*—Kelly O'Hara
*Attorney, Agent, or Firm*—Robert M. Schwartz; Gerald R. Hibnick

[57] **ABSTRACT**

A method for making, storing and using a surgical graft from human amniotic membrane; the resulting graft; and the storage solution. The amniotic membrane is obtained from human placenta, from which the chorion has been separated. Sheets of the amniotic membrane are cut to size and mounted on filter paper. The cells of the amniotic membrane are killed, preferably while being frozen and thawed in the storage solution. The storage solution comprises a culture medium and a hyperosmotic agent, wherein the hydration of the amniotic membrane is maintained. The membrane can be impregnated with therapeutic agents, prior to storage, for use in post surgical healing or other therapies.

**12 Claims, No Drawings**

**EXHIBIT "A"**

6,152,142

# GRAFTS MADE FROM AMNIOTIC MEMBRANE; METHODS OF SEPARATING, PRESERVING, AND USING SUCH GRAFTS IN SURGERIES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 60/039,486, filed Feb. 28, 1997.

## BACKGROUND OF THE INVENTION

1. Field of Invention

This invention relates to amniotic membrane grafts especially usable in the repair of injured eyes. This invention also encompasses: a method for separating and preserving amniotic membrane for a graft; the graft that is created by such method; and methods of repairing eyes and other organs while using these grafts.

2. The Prior Art

Terminology:

An amniotic membrane has two major components: the basement membrane and stroma. The side of the amniotic membrane dominated by the basement membrane is referred to as the "basement membrane side". The side of the amniotic membrane dominated by the stroma is referred to as the "stroma side". An autograft is a tissue transplant from the same recipient. When used in subcutaneous tunnels, autografts of the amnion become a permanent structure. In contrast, allografts are replaced by hyaline-like material. An allograft is a tissue transplant to a recipient from a donor of another individual of the same species.

Previous Clinical Applications

The fetal membrane including amnion (amniotic membrane) and chorion has been used in surgeries documented as early as 1910 and has been reviewed by Trelford and Trelford-Sauder in 1979. See Trelford and Trelford-Sauder, *The Amnion in Surgery, Past and Present*, 134 AM J. OBSTET. GYNECOL 833 (1979). In the beginning, the fetal membrane was used by Davis in 1910 on burned and ulcerated skins with additional coverage of warm paraffin and dressing. In 1940, De Rötth used fetal membrane for ophthalmic reconstruction of symblepharon, and noted a success in one out of six cases. See De Rötth, *Plastic Repair of Conjunctival Defects with Fetal Membranes*, 23 ARCHIVES OF OPTHAMOLOGY 522 (1940). In 1952, Douglas thought chorion might be more useful for skin use. Massee and colleagues in 1962 used the fetal membrane in dogs to treat pelvic basins after total exenteration; however, the human trials proved disappointing.

The isolated amnion alone was first used by Brindeau in 1935 and Burger in 1937 as a graft in forming artificial vaginas. Between 1941 and 1948, Kubanyi used "live" amnion in patients with burns, traumatic skin wounds, and enterocutaneous fistula secondary to surgery for lysis of adhesions. The isolated amnion, with preservation in a technique termed "amnioplastin", was first reported by Chao and associates in 1940. Chao used amnioplastin for continual dural repair, peripheral nerve injuries, conjunctival graft and flexor and tendon repair. In the Russian literature, this technique was also used for fresh trauma by Pikin in 1942.

Although all reports were enthusiastic, mention of "amnioplastin" disappeared from the literature with no real explanation. No critical reports regarding isolated, non-living amnion with preservation were found for a thirty-year period. Furthermore, if there were failures of treatment during this time, they were not reported. This gap in research ended in 1972 with the research of Trelford and associates, cited above. Trelford, using isolated amnion with an early form of preparation, showed that the orientation with stromal side down provided more consistent "take." Robson and colleagues noted in 1972 that, when used in partial-thickness skin wounds, no "take" occurs, and the amnion peels off. In 1973 and later, Trelford and associates reported its use as a dressing on full-thickness skin wounds, to replace pelvic peritoneum, and to cover exposed deep surfaces in pedicle graft procedures, to treat non healing skin wounds in diabetic patients, as a graft over the surgical defect of total glossectomy, as a biological dressing in omphalocele, and in the prevention of meningocerebral adhesions following head injury.

Previous Methods of Preparation and Preservation:

All of the above-mentioned applications appeared to have used live tissues or tissue removed and preserved "lively" in a special solution before use. For example, de Rötth put the fetal membrane, amnion and chorion together without separation, in "tepid Locke solution", and one to fifteen hours after cesarean section the tissue was implanted to patients. Reports which appeared after 1980 refer to live amniotic membranes having been used (See 34 J. REPRODUCTIVE MED. 198 (1989) and 27 J. PEDIATRIC SURGERY 882 (1992)). For "amnioplastin", Chao and associates isolated the amnion, placed it in 70% alcohol, and then dried it in an oven prior to use. Robson and associates rinsed the membrane in a 0.025% NaOH solution and showed that it remained sterile up to six weeks when stored in saline containing penicillin at 4° C. Trelford and associates found that amniotic membranes stored at 4° C. in 0.5N saline to which polymyxin, ampicillin, gentamicin, and ampbotericin B was added were sterile at the end of four hours and remained so for at least 48 hours.

## SUMMARY OF THE INVENTION

Human amniotic membrane, obtained and preserved in a new way is made into a graft which is effective in: promoting healing of persistent corneal epithelial defects with ulceration; reduction of inflamation, angiogenesis and scarring; restoration of the epithelal phenotype; numerous further uses in ocular surface reconstruction; and as a substrate alternative to conjunctival autograft during the "bare sclera" removal of pterygia. In addition, when combined with limbal allografts, amniotic membrane transplantation is useful for ocular surface reconstruction in patients with advanced ocular cicatricial pemphigoid, Stevens-Johnson syndrome, chemical and thermal burns, aniridia, atopic keratitis and idiopathic limbal stem cell deficiency. After the placenta is obtained and cleaned, the amnion is separated from the chorion by blunt dissection, flattened onto filter paper with the epithelium surface facing away from the paper, and cut into small sheets. These sheets are stored in a media composed, for example, in Dulbecco's Modified Eagle Medium and glycerol at the ratio of 1:1 (v/v), and frozen at $-80°$ C. until just prior to use as a graft. When thawed to room temperature the day of use, the cells of the graft membrane have been killed, probably by ice crystals from the surrounding storage medium. The side of the membrane adherent to the filter paper is opposed to the surgical site.

## OBJECTS OF THE INVENTION

It is an object of this invention to prepare grafts made from amniotic membrane.

3

It is another object of this invention to prepare grafts made from amniotic membrane that can be stored for long periods of time.

It is another object to this invention to prepare grafts that have been treated so that the grafts contain agents that can be delivered to the recipient when attached to the recipient.

It is another object of this invention to provide an improved substrate alternative to conjunctival autograft during the "bare sclera" removal of pterygia.

It is another object of the invention to provide an improved substrate alternative to conjunctival flaps to promote healing of corneal epithelial defects with ulceration.

It is another object of this invention to provide an improved method for conjunctival surface reconstruction for symbelpharon lysis.

It is another object of this invention to provide an improved method for surgical removal of tumors, lesions, or scar tissue from the conjunctival or corneal surface.

It is another object of this invention to reduce the corneal haze induced by excimer laser photorefractive/therapeutic keratectomy.

It is another object of this invention to promote successful glaucoma surgeries by correcting bleb leakage.

It is another object of this invention to prevent recurrence of band keratopathy.

Other objects of the invention and advantages over the prior art, as well as differences from the prior art, will become fully appreciated from the following discussion of: Embryogenesis and Histology; Components; Applications in Basic Research; and the Description of the Preferred Embodiments, along with description of numerous proposed uses of the resulting, improved graft.

Embryogenesis and Histology

Early in the process of blastocyst implantation, a space develops between the embryonic mass and adjacent trophoblasts. The amniotic epithelium is derived from fetal ectoderm (the embryonic disc). In addition to the epithelial cells, a layer of fibroblast-like cells might also be derived from the embryo, but this is not certain. The important "missing" elements of human amnion are smooth muscle cells, nerves, lymphatics, and, most important, blood vessels. The human amnion likely develops about the 7th and 8th day of development of the normal blastocyst. Amnion fuses with chorion during the 10th and 12th weeks of pregnancy, when the amniotic cavity expands. The amnion remains avascular till term. This is the reason why separation between amnion and chorion is possible via the interface, i.e., the intermediate zone. The normal amnion is 0.2 to 0.5 mm in thickness.

Histologically, the amnion is comprised of five layers. The inner surface consists of a simple cuboidal epithelium, which lies on the basement membrane. The avascular stromal contains fetal mesenchyme and includes the compact layer, fibroblastic layer and spongy layer. Four distinct anatomic portions of the amnion exist. First, the reflected amnion is that portion that is contiguous with the chorion laeve. Second, the placenta amnion overlies the fetal surface of the placenta, which is directly contiguous with the adventitial surface of the chorionic vessels. Third, the amnion also covers the umbilical cord, that is contiguous with Wharton jelly. Wharton Jelly is the extracellular matrix through which the umbilical vessels traverse. Fourth, in diamnioindichorionic twin pregnancy, the amnion are "fused", which in the former is contiguous with fused chorion laeve and in the latter amnion is fused with amnion.

Components:

Different tissues of the body have different components of collagen and glycosaminoglycans (hereinafter "GAGs").

4

The amniotic stroma has been shown to contains collagens I and III and fibronectin, and has a perilaminal distribution of collagen types V and VII. The basal lamina of the amnion contains a network of type IV collagen fibrils, laminin, and heparin sulfate proteoglycan. The collagenous fibers of the amnion are closely distributed with no ground substances, forming a thick collagenous layer. In human and monkey placenta, hyaluronic acid (hereinafter "HA") is thought to be the only GAGs found, but this finding is not shown in the amnion yet. This compositional feature is in part responsible for the tensile strength noted during pregnancy.

The basement membrane side of the amniotic membrane can be used to support epithelial growth to maintain epithelial polarity. When growing human fibroblasts or A431 epidermal carcinoma cells, the stromal side of the amniotic membrane is found to be comparable to isolated collagen, but greater than a plain plastic surface in culturing cell growth. When sandwiched in the Boyden chamber, this membrane can be used for studies of polymorphous nuclear cells emigration (hereinafter "PMN emigration") in the process of leukodiapedisis, vascular endothelial invasion, and tumor cell metastasis, through the basement membrane. Although the amnion is not innervated, avian amnion express at least eleven different types of receptors for neurotransmitters, including: acetylcholine, norepinephrine, histamine, 5-hydroxytryptamine, VIP, urotensin II, neurotensin, and somatostatin-28.

Applications in Basic Research:

Taking advantage of its basement membrane content, human amnion can be used as a substrate to culture peripheral and central nervous system neurons and to promote axonal regeneration when implanted in the central nervous system. This effect appears not dependent on the live cells and is mediated by the amniotic matrix, which promotes the host regenerative power, and can be further enhanced when added with nerve growth factor (hereinafter "NGF") in regeneration of a severed peripheral nerve.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Method for Selection, Preparation and Preservation of the Graft:

To prepare and preserve grafts from human amniotic membrane, the following method should be used.

First, the placenta is taken as soon as possible after the delivery. Preferably, the placenta is taken immediately following the elective cesarean section (C/S) delivery of a normal healthy baby.

To avoid any potential blood-transmittable diseases, the pregnant female is prescreened for HIV-1, HIV-2, HTLV-1, hepatitis B and C viruses and syphilis, using conventional serological tests. Only those placentas of which the maternal bloods reveal negative serological results are used for this method to produce the amniotic graft.

Human placenta that meet the above selection criteria is transferred to the laboratory in a sterile plastic bag stored in an ice bucket. The following procedures are performed under sterile conditions, as routinely used for tissue cultures.

1. Under a lamellar-flow hood, the placenta is rinsed several times with balanced salt saline to remove excessive blood clots. Balanced saline solution is available, for example under the trademark BSS® from Alcon Inc., 6201 South Freeway, Fort Worth, Tex., 76101. The rinse also should contain antibiotics to aid in the cleaning and preserving. An example of an effective antibiotic formulation contains 50 μg/ml penicillin, 50 μg/ml streptomycin, 100

| 5 | 6 |

μg/ml neomycin, and 2.5 μg/ml amphotericin B. In addition, the membrane can be treated so that it contains other substances that would be transferred to the recipient once the graft is placed. Examples of substance which can be impregnated into the graft membrane are: therapeutics, hormones, polypeptides; to aid healing of the surgical area or other therapies.

2. With two sets of forceps, the placenta's amniotic membrane is separated easily from the remaining chorion by blunt dissections, while immersed in the above antibiotics-containing balanced saline solution.

3. The separated amniotic membrane, as a sheet, then is mounted/apposed onto a substrate, for example, a sterile nitrocellulose filter, so that the epithelial surface is kept facing up when flattened. Thus, the stromal/fibroblistic layer lies on the filter. The basement membrane lies above the stromal layer, and the epithelial lies above the basement membrane. The filter should be inert with respect to the amniotic membrane and the next discussed storage medium. The filter should not contain bleach or chlorine and should be stable when in the storage medium, especially when subject to freezing and thawing therein. One source of such a filter is Millipore, Inc. and is sold as product number 162-0180. Other useful substrates are nitro cellulose membranes 162-0115, supported nitro cellulose membrane 162-0090 and blot absorbent filter paper 162-0118, all from Biorad.

Sheets of amniotic membranes that have been adhered/mounted onto the nitrocellulose filter are cut to different sizes, for example, 2.5–3.0 cm.×2.0–2.5 cm. and 1.2–1.5 cm.×1.75–2.0 cm. and are stored in a culture medium at temperatures below freezing. It is important to appreciate that the freezing of the grafts (the cut up and filter mounted sheets of amniotic membrane) and their subsequent thawing, soon prior to the use, results in the killing of the cells of the membrane, probably by ice crystals formed in the membrane from the liquid in the culture medium. By killing the cells, the resulting graft thereby is not rejected after surgery. However, the integrity of the extracellular matrix is not altered despite the freezing and thawing. Although the cells could be killed by other, conventional, means, the use of freezing-thawing does not introduce agents or conditions which might adversely affect the stored membrane or the completed graft, to cause it not to "take" or be rejected, impair the healing of the eye, etc. As previously noted, the prior art used media to keep the cells vital (alive) and did not recognize the great advantage of killing the cells. While any temperature below freezing should work, a temperature of –80° C. has been used typically to store the grafts. Furthermore, this method of preservation is effective with respect to sterility and efficacy for long-term storage beyond one year, even when the thus stored and frozen cut sheets of membrane are shipped long distances in dry ice.

An example of an effective medium is comprised by 50% Dubecco Modified Eagle's Medium (hereinafter "DMEM medium") (from GIBCO) and 50% glycerol (V/V). A range of 30% to 50% glycerol is usable. The function of the glycerol is to maintain the hydration state of the amniotic membrane; too little or too much hydration is detrimental, 60% to 90% hydration is effective for the intended purpose. The glycerol acts as a high oncotic or hyperosmotic agent; another term for which is a plasma expander. Examples of other usable hyperosmotic agents are: dextran, albumin, and mannitol. The general purpose of the storage medium, such as DMEM, is to provide nutrients to and maintain electrolyte balance for the amniotic membrane. Other examples of a suitable storage medium are: Liebowitz's medium, MEM, and NCTC, all manufactured by Life Technologies.

If the sheets of amniotic membrane, on the filter paper, are to be used "near term", within twenty-four hours of harvesting, then the use of a storage medium is not essential; however, the cells do have to be killed, as previously stated.

Graft prepared according to the previously-stated method:

A graft comprising amnion, from human placenta, which has had the chorion removed, that is prepared and preserved according to the previously-stated method. This graft has been rinsed with balanced salt solution and antibiotics. The graft can contain therapeutic substances that have been absorbed into it. The graft is mounted onto filter paper, having suitable characteristics, as previously stated. The graft is stored in a composition of culture medium and a high oncotic agent at freezing temperatures. Prior to use, the graft is thawed.

Method of using prepared amniotic membrane as a surgical graft:

In eyes with persistent epithelial defect and ulceration, after retrobulbar anesthetic injection, the base of the ulcer is debrided with surgical sponges (an example of a suitable surgical sponge is sold under the trademark MICRO-SPONGE® from Alcon Surgical, Inc., 6201 South Freeway, Fort Worth, Tex. 76134-2099) and 0.12 forceps, and the poorly adherent epithelium adjacent to the edge of the ulcer also is removed to the area where the epithelium becomes quite adherent. The amniotic membrane, which recently was removed from the storage medium and thawed to room temperature, is peeled off from the nitrocellulose filter paper, transferred to the recipient eye, with the stromal surface facing the eye and fitted to cover the defect by trimming off the excess edges of the membrane/graft sheet. In other instances, the opposite side can be used. This fashioned membrane then is secured to the edge of the defect by interrupted 10-0 nylon sutures, and in some cases by a running 10-0 nylon suture. After the knots are buried, the corneal surface becomes smoothed as a result of the well-approximated amniotic membrane filling in the ulcer bed. Except for deep ulcers, one layer of membrane generally is sufficient. But it is also feasible to use two or more layers. A bandage contact lens is applied together with a topical ophthalmic antibiotic ointment comprising neomycin, polymyxin b sulfate and dexamethasone. An example of such a suitable ophthalmic antibiotic ointment is sold under the trademark MAXITROL® from Alcon Laboratories, Inc., 6201 South Freeway, Fort Worth, Tex. 76134.

The inventions herein are more effective than that of De Rötth in conjunctival surface reconstruction for symblepharon lysis. In addition, the invention can be used to reconstruct the conjunctival surface which is damaged during surgical removal of tumor, lesion, or scar tissue. Impression cytology can prove that the reconstructed conjunctiva regain normal epithelial phenotype with goblet cells of which the number is greater than the normal control. Goblet cells secret mucin and are shaped like a goblet. A membrane produced through the invented method, when used as a patch, can reduce corneal haze, a form of scarring, induced by excimer laser photo refractive keratectomy and therapeutic keratectomy, a procedure presently used in patients to correct myopia and astigmatism, and to remove the diseased part of corneas, respectively. Also this method and product can be used by itself or in conjunction with stem cell transplantate to reconstruct surfaces damaged by various causes leading to nimbal stem cell deficiency.

This amniotic graft can be used for promoting successful glaucoma surgeries by correcting bleb leakage. The surgical use of amniotic grafts made according to the inventions herein can prevent recurrence of band keratopathy, prevent

6,152,142

7

adhesion during muscle surgeries, and help orbit reconstruction in oculoplastic surgeries. Band keratopathy is the deposition of calcium on the corneal surface.

In addition to the mentioned ophthalmic uses, it is envisioned that the amniotic membrane of this invention also can be used: as a graft or dressing to cover burned or surgical skin wounds; to prevent adhesion in all intra peritoneal surgeries or other reconstruction on the serosal surfaces covering the abdomen, chest cavity and pericardium; to reconstruct all mocosal surfaces lining the oral and nasal cavities, respiratory tracts, gastrointestinal tracts, and urogenital tracts; as a substrate to support dural repair in brain surgeries; as a substrate to promote nerve regeneration in the central and peripheral nervous systems; and to reconstruct soft tissues to prevent adhesion in joint or tendon repairs.

It is believed that surgeons, scientists and researchers will benefit from the information provided in the following papers:

1. Kim J C, Tseng S C G. Transplantation of preserved human amniotic membrane for surface reconstruction in severely damaged rabbit corneas. Cornea. 1995;14:473–84.

2. Tsubota K, Satake Y, Ohyama M, et al. Surgical reconstruction of the ocular surface in advanced ocular cicatricial pemphigoid and Stevens-Johnson syndrome. Am J Ophthalmol. 1996;122:38–52.

3. Lee S. Tseng S C G. Amniotic membrane transplantation for persistent epithelial defects with ulceration. Amn J Ophthalmol. 1997;123:303–312.

4. Prabhasawat P, Barton K, Burkett G, Tseng S C G Comparison of conjunctival autografts, amniotic membrane grafts and primary closure for pterygium excision. Ophthalmology. 1997;104:974–985.

5. Tseng S C G, Prabhasawat P, Lee S. Amniotic membrane transplantation for conjunctival surface reconstruction. Am J Ophthalmol. 1997; December issue, 124:765–774.

6. Prabhasawat P, Tseng S C G. Impression cytology study of epithelial phenotype of ocular surface reconstructed by preserved human amniotic membrane. Arch Ophthalmol. 1997; November issue, 115:1360–1367.

7. Barton K, Budenz D L, Khaw P T, Tseng S C G. Amniotic membrane transplantation in glaucoma surgery. Invest Ophthalmol Vis Sci 1997; 38:S473.

8. Wang M, Gray T, Prabhasawat P, Ma X, Ding F-y, Hernandez E, Sanabria O, Culbertson W, Hanna K, Forster R K, Tseng S C G. Corneal haze is reduced by amniotic membrane matrix in excimer laser photoablation in rabbits. Invest Ophthalmol Vis Sci 1997; 38:S405.

9. Tseng S C G, Prabhasawat P, Barton K, Gray T B, Meller D. Amniotic membrane transplantation with or without limbal transplantation for corneal surface reconstruction in patients with limbal stem cell deficiency. Arch Ophthalmol, in press 1998 (April).

While there has been described preferred embodiments of this invention's methods and products, and there has been mentioned modifications thereto; other changes, variations and modifications can be made within the scope of the appended claims, without departing from the spirit and scope of this invention.

What I claim is:

1. A method for obtaining human amniotic membrane and preparing it to be used as a surgical graft, comprising the steps of:

   obtaining human placenta and cleaning it;

   separating said placenta's amniotic membrane from its chorion, said amniotic membrane having cells and an extracellular matrix;

8

   mounting said amniotic membrane onto a substrate, with the epithelial surface of said membrane facing away from said substrate; and

   killing the cells of said membrane prior to using said membrane as a surgical graft and maintaining the integrity of said extracellular matrix.

2. A method according to claim 1, in which;

   said step of killing said cells is accomplished by freezing said amniotic membrane in liquid; and

   thawing said membrane prior to using it as a graft.

3. A method according to claim 2, in which;

   said freezing step is accomplished after said mounting step;

   and said thawing step is just prior to use of said membrane as a graft.

4. A method according to claim 2, in which;

   said liquid is a culture medium.

5. A method according to claim 4, in which;

   said liquid is a hyperosmotic reagent.

6. A method according to claim 2, in which;

   said liquid is DMEM medium and glycerol.

7. A method according to claim 1, in which;

   said substrate is a sterile nitrocellulose filter further including the steps of;

   separating said amniotic membrane from said filter; and

   securing said membrane to a surgical site as a graft, with the stromal layer of said membrane facing said site.

8. A method according to claim 7, in which;

   said surgical site is a human eye.

9. A method according to claim 8, and employing said graft with associated medical/surgical steps for any one of:

   an autograft during the bare sclera removal of pterygium;

   promoting healing of corneal epithelial defects with ulceration;

   conjunctive surfacere construction for symbelpharom lysis;

   reducing scaring,

   maintaining a normal epithelial phenotype;

   removing tumors, lesions, scar tissue from conjunctival or corneal surfaces;

   reducing corneal haze induced by excimer lasers; promoting correct bleb leakage;

   preventing recurrence of band keratopathy; and

   helping orbit reconstruction in oculoplastic surgeries;

   reconstructing corneal surface damaged by libal stem cell deficiency as a result of various causes.

10. A method according to claim 1, and employing said amniotic membrane graft with associated medical/surgical steps for any one of:

   a dressing over skin wounds;

   preventing adhesion in surgeries;

   reconstructing mocosal surfaces;

   supporting, as a substrate, dural repair;

   promoting nerve repair as a substrate;

   reconstructing soft tissues; and reducing scaring.

11. A method according to claim 1, and providing said amniotic membrane with at least one of a therapeutic, a hormone, a polypeptide, for becoming part of said graft.

12. A method according to claim 1, in which;

   said obtaining is from a human female during a cesarean section delivery.

* * * * *



US006326019B1

(12) **United States Patent**
Tseng

(10) Patent No.: **US 6,326,019 B1**
(45) Date of Patent: **Dec. 4, 2001**

(54) **GRAFTS MADE FROM AMNIOTIC MEMBRANE; METHODS OF SEPARATING, PRESERVING, AND USING SUCH GRAFTS IN SURGERIES**

(76) Inventor: **Scheffer C. G. Tseng**, 10000 SW. 63rd Pl., Pinecrest, FL (US) 33156

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/625,481**

(22) Filed: **Jul. 25, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/027,109, filed on Feb. 20, 1998, now Pat. No. 6,152,142.
(60) Provisional application No. 60/039,486, filed on Feb. 28, 1997.

(51) Int. Cl.$^7$ ........................ A61F 2/00
(52) U.S. Cl. .............. **424/424**; 424/423; 424/422; 604/890.1; 604/891.1; 623/5.11
(58) Field of Search .................. 424/424, 423, 424/422; 604/890.1, 891.1; 623/5.11

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,100,022 | 7/1978 | Ogasa et al. | 195/1.8 |
| 4,120,649 | * 10/1978 | Schechter | 8/94.11 |
| 4,361,552 | 11/1982 | Baur, Jr. | 424/105 |
| 4,599,084 | 7/1986 | Nashef | 623/16 |
| 4,599,226 | 7/1986 | Fox, Jr. et al. | 424/27 |
| 4,829,000 | 5/1989 | Kleinman et al. | 435/240.23 |
| 4,997,425 | 3/1991 | Shioya et al. | 604/304 |
| 5,135,915 | 8/1992 | Czarniecki et al. | 514/21 |
| 5,294,446 | 3/1994 | Schlameus et al. | 424/489 |
| 5,352,668 | 10/1994 | Burgeson et al. | 514/21 |
| 5,437,287 | 8/1995 | Phillips et al. | 128/898 |

FOREIGN PATENT DOCUMENTS

0669138-A2  *  8/1995  (EP).

OTHER PUBLICATIONS

Trelford, "The Amnion in Surgery, Past and Present," *Am. J. Obstet. Gynecol.*, 134:833–845 (1979).
De Rötth, "Plastic Repair of Conjunctival Defects with Fetal Membranes," *Archives of Opthamology*, 23:522–525 (1940).
Kim and Tseng, "Transportation of Preserved Human Amniotic Membrane for Surface Reconstruction in Severely Damaged Rabbit Corneas," *Cornea*, 15:473–484 (1995).
Tsubota, K., et al., "Surgical Reconstruction of the Ocular Surface in Advanced Ocular Cicatricial Pemphigoid and Stevens–Johnson Syndrome," *Am. J. Opthamology*, 122:38–52 (1996).
Lee and Tseng, "Amniotic Membrane Transplantation for Persistent Epithelial Defects with Ulceration," *Am. J. Opthamol.*, 123:303–312 (1997).

Prabhasawat, et al., "Comparison of Conjunctival Autografts, Amnioic Membrane Grafts and Primary Closure for Pterygium Excision," *Opthamology*, 104:974–985 (1997).
Tseng, et al., "Amniotic Membrane Transplantation of Conjunctival Surface Reconstruction," *Am. J. Opthamol.*, 124:765–774 (1997).
Prabhasawat and Tseng, "Impression Cytology Study of Epithelial Phenotype of Ocular Surfaces Reconstructed by Preserved Human Amniotic Membrane," *Arch. Opthamol.*, 115:1360–1367 (1997).
Barton, K., et al., "Amniotic Membrane Transplantation in Glaucoma Surgery," *Invest. Opthamol. Vis. Sci.*, 38:S473 (1997).
Wang, et al., "Corneal Haze is Reduced by Amniotic Membrane Matrix in Excimer Laser Photoablation in Rabbits," *Invest. Opthamol. Vis. Sci.*, 38:S405 (1997).
Tseng, et al., "Amniotic Member Transplantation With or Without Limbal Allografts for Corneal Surface Reconstruction in Patients with Limbal Stem Cell Deficiency," *Arch. Opthamol.*, 116:431–441 (1998).
Pires, R.T.F., et al., "Amniotic Membrane Transplantation for Symptomatic Bullous Keratopathy," *Arch. Ophthalmol.*, 117(10):1291–1297 (1999).
Azuara–Blanco, A., et al., "Amniotic Membrane Transplantation for Ocular Surface Reconstruction," *Br. J. Ophthalmol.*, 83(4):399–402 (1999).
Rodriguez–Ares, M.T., et al., "Repair of Scleral Perforation with Preserved Scleral and Amniotic Membrane in Marfan's Syndrome," *Ophthalmic Surg. Lasers*, 30(6):485–487 (1999).
Klen, R. and Pacal, J., "Influence of Ionizing Sterilization on the Permeability of Human Chorio–Amniotic, Dermo–Epidermal and Fascial Grafts," *Res. Exp. Med.*, 167(1):15–21 (1976).
Meller, D. and Tseng, S.C.G., "In Vitro Conjunctival Epithelial Differentiation on Preserved Human Amniotic Membrane," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S428 (1998).
Taylor, R.J., and Wang, M.X., "Rate of Re-Epithelization Following Amnionic Membrane Transplantation," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S1038 (1998).

(List continued on next page.)

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Liliana Di Nola-Baron
(74) *Attorney, Agent, or Firm*—Hamilton, Brook, Smith & Reynolds, P.C.

(57) **ABSTRACT**

A method for making, storing and using a surgical graft from human amniotic membrane; the resulting graft; and the storage solution. The amniotic membrane is obtained from human placenta, from which the chorion has been separated. Sheets of the amniotic membrane are cut to size and mounted on filter paper. The cells of the amniotic membrane are killed, preferably while being frozen and thawed in the storage solution. The storage solution comprises a culture medium and a hyperosmotic agent, wherein the hydration of the amniotic membrane is maintained. The membrane can be impregnated with therapeutic agents, prior to storage, for use in post surgical healing or other therapies.

**48 Claims, No Drawings**

OTHER PUBLICATIONS

Azuara–Blanco, A., et al., "Amniotic Membrane Transplantation for Ocular Surface Reconstruction," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S428 (1998).

Tsai, R.J.-F., "Corneal Surfaces Reconstruction by Amniotic Membrane with Cultivated Autologous Limbo–Corneal Epithelium," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S429 (1998).

Cho, B., et al., "Conjunctival Epithelial Cells Cultured on Human Amniotic Membrane Do Not Transdifferentiate into Corneal Epithelial Type Cells," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S428 (1998).

Tseng, S.C.G., et al., "Down–regulation of TGF–β1, β2, β3 and TGF–β Receptor II Expression in Human Corneal Fibroblasts by Amniotic Membrane," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S428 (1998).

Kim, J.S., et al., "Temporary Amniotic Membrane Graft Promotes Healing and Inhibits Protease Activity in Corneal Wound Induced by Alkali Burn in Rabbits," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S90 (1998).

Sato, H., et al., "Role of Growth Factors for Ocular Surface Reconstruction After Amniotic Membrane Transplantation," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S428 (1998).

Park, W.C. and Tseng, S.C.G., "Temperature Cooling Reduces Keratocyte Death in Excimer Laser Ablated Corneal and Skin Wounds," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S449 (1998).

Na, B.K., et al., "Alalysis of Human Amniotic Membrane Components as Proteinase Inhibitors for Development of Therapeutic Agent of Recalcitrant Keratitis," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S90 (1998).

Kim, J.C. and Tseng S.C.G., "The Effects on Inhibition of Corneal Neovascularization After Human Amniotic Membrane Transplantation in Severely Damaged Rabbit Corneas," *Korean J. Ophthalmol.*, 9:32–46 (1995).

Shimazaki, J., et al., "Amniotic Membrane Transplantation for Ocular Surface Reconstruction in Patients with Chemical and Thermal Burns," *Ophthalmology*, 104(12):2068–2076 (1997).

Shimazaki, J., et al., "Transplantation of Amniotic Membrane and Limbal Autograft for Patients with Recurrent Pterygium Associated with Symblepharon," *Br. J. Ophthalmol.*, 82(3):235–240 (1998).

Franch, A., et al., "Human Amniotic Membrane Transplantation," *Invest. Ophthalmol. Vis. Sci.*, 39(4):S90 (1998).

Cho, B.-J., et al., "Conjunctival Epithelial Cells Cultured on Human Amniotic Membrane Fail To Transdifferentiate into Corneal Epithelial-type Cells," *Cornea*, 18:216–224 (1999).

Choi, Y.S., et al., "Effect of the Application of Human Amniotic Membrane on Rabbit Corneal wound Healing After Excimer Laser Photorefractive Keratectomy," *Cornea*, 17:389–395 (1998).

Dua, H.S. and Azuara–Blanco, A., "Amniotic Membrane Transplantation," *Br. J. Opthalmol.*, 83:748–752 (1999).

Fujishima, H., et al., "Trabeculectomy With the Use of Amniotic Membrane for Uncontrolled Glaucoma," *Ophthalmic. Surg. Lasers*, 29:428–431 (1998).

Fukuda, K., et al., Differential Distribution of Subchains of the Basement Membrane Components Type IV Collagen and Laminin Among the AMniotic Membrane, Cornea, and Conjunctiva, *Cornea*, 18:73–79 (1999).

Hao, Y., et al., Identification of Antiangiogenic and Antiinflammatory Proteins in Human Amniotic Membrane, *Cornea*, 19:348–352 (2000).

Kim, J.C., et al., "Clincal Uses of Human Amniotic Membrane for Ocular Surface Diseases," In: *Advances in Corneal Research*, Lass, J.H., ed. (NY: Plenum Press), pp. 117–134 (1997).

Kim, J.S., et al., "Amniotic Membrane Patching Promotes Healing and Inhibits Protease Activity on Wound Healing Following Acute Corneal Alkali Burns," *Exp. Eye Res.*, 70:329–337 (1998).

Koizumi, N., et al., "Cultivation of Corneal Epithelial Cells on Intact and Denuded Human Amniotic Membrane," *Invest. Ophthalmol. Vis. Sci.*, 41:2506–2513 (2000).

Koizumi, N., et al., "Growth Factor mRNA and Protein in Preserved Human Amniotic Membrane," *Curr. Eye Res.*, 20:173–177 (2000).

Kruse, F.E., et al., "Cryopreserved Human Amniotic Membrane For Ocular Surface Reconstruction," *Graefe's Arch. Clin. Exp. Ophthalmol.*, 238:68–75 (2000).

Kruse, F.E., et al., "Multilayer Amniotic Membrane Transplantation for Reconstruction of Deep Corneal Ulcers," *Ophthalmology*, 106:1504–1511 (1999).

Ma, D.H-K, et al., "Amniotic Membrane Graft for Primary Pterygium: Comparison with Conjuctival Autograft and Topical Mitomycin C Treatment," *Br. J. Ophthalmol.*, 84:973–978 (2000).

Meller, D. and Tseng, S.C.G., "Conjunctival Epithelial Cell Differentiation on Amniotic Membrane," *Invest. Ophthalmol. Vis. Sci.*, 40:878–886 (1999).

Na, B.K., et al., Analysis of Human Amniotic Membrane Components as Proteinase Inhibitors for Development of Therapeutic Agent of Recalcitrant Keratitis, *Trophoblast. Res.*, 13:459–466 (1999).

Park, W.C. and Tseng, S.C.G., "Modulation of Acute Inflammation and Keratocyte Death by Suturing, Blood and Amniotic Membrane in PRK," *Invest. Ophthalmol. Vis. Sci.*, 41:2906–2914 (2000).

Sorsby, A., "Amniotic Membrane Grafts in Burns," In: *Modern Trends in Ophthalmology*, Sorsby, A., ed. (NY: Paul B. Hoeber, Inc.), pp. 504–510 (1947).

Sorsby, A.J., et al., "Further Experience with Amniotic Membrane Grafts in Caustic Burns of the Eye," *Br. J. Ophthalmol.*, 31:409–418 (1947).

Sorsby, A. and Symons, H.M., "Amniotic Membrane Grafts in Caustic Burns of the Eye," *Br. J. Ophthalmol.*, 30:337–345 (1946).

Tsai, R.J.F., et al., "Reconstruction of Damaged Corneas by Transplantion of Autologous Limbal Epithelial Cells," *N. Eng. J. Med.*, 343:86–93 (2000).

Tseng, S.C.G., et al., "Suppression of TGF–β Isoforms, TGF–β Receptor Type II and Myofibroblast Defferentiation in Cultured Human Corneal and Limbal Fibroblasts by Amniotic Membrane Matrix," *J. Cell Physiol.*, 179:325–335 (1999).

Pires, R.T.F., et al., "Amniotic Membrane Transplantation or Limbal Conjuctival Autograft for Limbal Stem Cell Deficiency Induced by 5–fluorouracil in Glaucome Surgeries," *Cornea*, 19:284–287 (2000).

Meller, D., et al., "Amniotic Membrane Transplantation for Acute Chemical or Thermal Burns," *Ophthalmology*, 107:980–990 (2000).

Lee, S.B., et al., "Suppression of TGF–β Signaling in both normal conjuctival Fibroblasts and Pterygial Body Fibroblasts by Amniotic Membrane," *Curr. Eye Res.*, 20:325–334 (2000).

**US 6,326,019 B1**

Page 3

Budenz, D.L., et al., "Amniotic Membrane Transplantation for Repair of Leaking Glaucoma Filtering Blebs," *Am. J. Ophthalmol.*, 130:580–588 (2000).

Koizumi, N., et al., "Amniotic Membrane as a Substrate for Cultivating Limbal Corneal Epithelial Cells for Autologous Transplantation in Rabbits," *Cornea*, 19:65–71 (2000).

Chen, H-J., et al., "Amniotic Membrane Transplantation for Severe Neurotrophic Corneal Ulcers," *Br. J. Ophthalmol.*, 84:826–833 (2000).

Meller, D., et al., "Amniotic Membrane Transplantation for Symptomatic Conjunctivochalasis Refractory to Medical Treatments," *Cornea*, 19:796–803 (2000).

* cited by examiner

1

# GRAFTS MADE FROM AMNIOTIC MEMBRANE; METHODS OF SEPARATING, PRESERVING, AND USING SUCH GRAFTS IN SURGERIES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 09/027,109, now U.S. Pat. No. 6,152,142, filed Feb. 20, 1998, which claims the benefit of U.S. Provisional Application Ser. No. 60/039,486, filed Feb. 28, 1997, the entire teachings of both of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

This invention relates to amniotic membrane grafts especially usable in the repair of injured eyes. This invention also encompasses: a method for separating and preserving amniotic membrane for a graft; the graft that is created by such method; and methods of repairing eyes and other organs while using these grafts.

### 2. The Prior Art

Terminology:

An amniotic membrane has two major components: the basement membrane and stroma. The side of the amniotic membrane dominated by the basement membrane is referred to as the "basement membrane side". The side of the amniotic membrane dominated by the stroma is referred to as the "stroma side". An autograft is a tissue transplant from the same recipient. When used in subcutaneous tunnels, autografts of the amnion become a permanent structure. In contrast, allografts are replaced by hyaline-like material.

An allograft is a tissue transplant to a recipient from a donor of another individual of the same species.

Previous Clinical Applications:

The fetal membrane including amnion (amniotic membrane) and chorion has been used in surgeries documented as early as 1910 and has been reviewed by Trelford and Trelford-Sauder in 1979. See Trelford and Trelford-Sauder, *The Amnion in Surgery, Past and Present*, 134 AM J. OBSTET. GYNECOL 833 (1979). In the beginning, the fetal membrane was used by Davis in 1910 on burned and ulcerated skins with additional coverage of warm paraffin and dressing. In 1940, De Rötth used fetal membrane for ophthalmic reconstruction of symblepharon, and noted a success in one out of six cases. See De Rötth, *Plastic Repair of Conjunctival Defects with Fetal Membranes*, 23 ARCHIVES OF OPTHAMOLOGY 522 (1940). In 1952, Douglas thought chorion might be more useful for skin use. Massee and colleagues in 1962 used the fetal membrane in dogs to treat pelvic basins after total exenteration; however, the human trials proved disappointing.

The isolated amnion alone was first used by Brindeau in 1935 and Burger in 1937 as a graft in forming artificial vaginas. Between 1941 and 1948, Kubanyi used "live" amnion in patients with burns, traumatic skin wounds, and enterocutaneous fistula secondary to surgery for lysis of adhesions. The isolated amnion, with preservation in a technique termed "amnioplastin", was first reported by Chao and associates in 1940. Chao used amnioplastin for continual dural repair, peripheral nerve injuries, conjunctival graft and flexor and tendon repair. In the Russian literature, this technique was also used for fresh trauma by Pikin in 1942.

Although all reports were enthusiastic, mention of "amnioplastin" disappeared from the literature with no real

2

explanation. No critical reports regarding isolated, non-living amnion with preservation were found for a thirty-year period. Furthermore, if there were failures of treatment during this time, they were not reported. This gap in research ended in 1972 with the research of Trelford and associates, cited above. Trelford, using isolated amnion with an early form of preparation, showed that the orientation with stromal side down provided more consistent "take." Robson and colleagues noted in 1972 that, when used in partial-thickness skin wounds, no "take" occurs, and the amnion peels off. In 1973 and later, Trelford and associates reported its use as a dressing on full-thickness skin wounds, to replace pelvic peritoneum, and to cover exposed deep surfaces in pedicle graft procedures, to treat non healing skin wounds in diabetic patients, as a graft over the surgical defect of total glossectomy, as a biological dressing in omphalocele, and in the prevention of meningocerebral adhesions following head injury.

Previous Methods of Preparation and Preservation:

All of the above-mentioned applications appeared to have used live tissues or tissue removed and preserved "lively" in a special solution before use. For example, de Rötth put the fetal membrane, amnion and chorion together without separation, in "tepid Locke solution", and one to fifteen hours after cesarean section the tissue was implanted to patients. Reports which appeared after 1980 refer to live amniotic membranes having been used (See 34 J. REPRODUCTIVE MED. 198 (1989) and 27 J. PEDIATRIC SURGERY 882 (1992)). For "amnioplastin", Chao and associates isolated the amnion, placed it in 70% alcohol, and then dried it in an oven prior to use. Robson and associates rinsed the membrane in a 0.025% NaOH solution and showed that it remained sterile up to six weeks when stored in saline containing penicillin at 4° C. Trelford and associates found that amniotic membranes stored at 4° C. in 0.5N saline to which polymyxin, ampicillin, gentamicin, and amphotericin B was added were sterile at the end of four hours and remained so for at least 48 hours.

## SUMMARY OF THE INVENTION

Human amniotic membrane, obtained and preserved in a new way is made into a graft which is effective in: promoting healing of persistent corneal epithelial defects with ulceration; reduction of inflamation, angiogenesis and scarring; restoration of the epithelal phenotype; numerous further uses in ocular surface reconstruction; and as a substrate alternative to conjunctival autograft during the "bare sclera" removal of pterygia. In addition, when combined with limbal allografts, amniotic membrane transplantation is useful for ocular surface reconstruction in patients with advanced ocular cicatricial pemphigoid, Stevens-Johnson syndrome, chemical and thermal burns, aniridia, atopic keratitis and idiopathic limbal stem cell deficiency. After the placenta is obtained and cleaned, the amnion is separated from the chorion by blunt dissection, flattened onto filter paper with the epithelium surface facing away from the paper, and cut into small sheets.

These sheets are stored in a media composed, for example, in Dulbecco's Modified Eagle Medium and glycerol at the ratio of 1:1 (v/v), and frozen at −80° C. until just prior to use as a graft. When thawed to room temperature the day of use, the cells of the graft membrane have been killed, probably by ice crystals from the surrounding storage medium. The side of the membrane adherent to the filter paper is opposed to the surgical site.

## OBJECTS OF THE INVENTION

It is an object of this invention to prepare grafts made from amniotic membrane.

3

It is another object of this invention to prepare grafts made from amniotic membrane that can be stored for long periods of time.

It is another object to this invention to prepare grafts that have been treated so that the grafts contain agents that can be delivered to the recipient when attached to the recipient.

It is another object of this invention to provide an improved substrate alternative to conjunctival autograft during the "bare sclera" removal of pterygia.

It is another object of the invention to provide an improved substrate alternative to conjunctival flaps to promote healing of corneal epithelial defects with ulceration.

It is another object of this invention to provide an improved method for conjunctival surface reconstruction for symbelpharon lysis.

It is another object of this invention to provide an improved method for surgical removal of tumors, lesions, or scar tissue from the conjunctival or corneal surface.

It is another object of this invention to reduce the corneal haze induced by excimer laser photorefractive/therapeutic keratectomy.

It is another object of this invention to promote successful glaucoma surgeries by correcting bleb leakage.

It is another object of this invention to prevent recurrence of band keratopathy.

Other objects of the invention and advantages over the prior art, as well as differences from the prior art, will become fully appreciated from the following discussion of: Embryogenesis and Histology; Components; Applications in Basic Research; and the Description of the Preferred Embodiments, along with description of numerous proposed uses of the resulting, improved graft.

Embryogenesis and Histology:

Early in the process of blastocyst implantation, a space develops between the embryonic mass and adjacent trophoblasts. The amniotic epithelium is derived from fetal ectoderm (the embryonic disc). In addition to the epithelial cells, a layer of fibroblast-like cells might also be derived from the embryo, but this is not certain. The important "missing" elements of human amnion are smooth muscle cells, nerves, lymphatics, and, most important, blood vessels. The human amnion likely develops about the 7th and 8th day of development of the normal blastocyst. Amnion fuses with chorion during the 10th and 12th weeks of pregnancy, when the amniotic cavity expands. The amnion remains avascular till term. This is the reason why separation between amnion and chorion is possible via the interface, i.e., the intermediate zone. The normal amnion is 0.2 to 0.5 mm in thickness.

Histologically, the amnion is comprised of five layers. The inner surface consists of a simple cuboidal epithelium, which lies on the basement membrane. The avascular stromal contains fetal mesenchyme and includes the compact layer, fibroblastic layer and spongy layer. Four distinct anatomic portions of the amnion exist. First, the reflected amnion is that portion that is contiguous with the chorion laeve. Second, the placenta amnion overlies the fetal surface of the placenta, which is directly contiguous with the adventitial surface of the chorionic vessels. Third, the amnion also covers the umbilical cord, that is contiguous with Wharton jelly. Wharton Jelly is the extracellular matrix through which the umbilical vessels traverse. Fourth, in diamnioinchorionic twin pregnancy, the amnion are "fused", which in the former is contiguous with fused chorion laeve and in the latter amnion is fused with amnion.

Components:

Different tissues of the body have different components of collagen and glycosaminoglycans (hereinafter "GAGs").

4

The amniotic stroma has been shown to contains collagens I and III and fibronectin, and has a perilaminal distribution of collagen types V and VII. The basal lamina of the amnion contains a network of type IV collagen fibrils, laminin, and heparin sulfate proteoglycan. The collagenous fibers of the amnion are closely distributed with no ground substances, forming a thick collagenous layer. In human and monkey placenta, hyaluronic acid (hereinafter "HA") is thought to be the only GAGs found, but this finding is not shown in the amnion yet. This compositional feature is in part responsible for the tensile strength noted during pregnancy.

The basement membrane side of the amniotic membrane can be used to support epithelial growth to maintain epithelial polarity. When growing human fibroblasts or A431 epidermal carcinoma cells, the stromal side of the amniotic membrane is found to be comparable to isolated collagen, but greater than a plain plastic surface in culturing cell growth. When sandwiched in the Boyden chamber, this membrane can be used for studies of polymorphous nuclear cells emigration (hereinafter "PMN emigration") in the process of leukodiapedisis, vascular endothelial invasion, and tumor cell metastasis, through the basement membrane. Although the amnion is not innervated, avian amnion express at least eleven different types of receptors for neurotransmitters, including: acetylcholine, norepinephrine, histamine, 5-hydroxytryptamine, VIP, urotensin II, neurotensin, and somatostatin-28.

Applications in Basic Research:

Taking advantage of its basement membrane content, human amnion can be used as a substrate to culture peripheral and central nervous system neurons and to promote axonal regeneration when implanted in the central nervous system. This effect appears not dependent on the live cells and is mediated by the amniotic matrix, which promotes the host regenerative power, and can be further enhanced when added with nerve growth factor (hereinafter "NGF") in regeneration of a severed peripheral nerve.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Method for Selection, Preparation and Preservation of the Graft:

To prepare and preserve grafts from human amniotic membrane, the following method should be used.

First, the placenta is taken as soon as possible after the delivery. Preferably, the placenta is taken immediately following the elective cesarean section (C/S) delivery of a normal healthy baby.

To avoid any potential blood-transmittable diseases, the pregnant female is prescreened for HIV-1, HIV-2, HTLV-1, hepatitis B and C viruses and syphilis, using conventional serological tests. Only those placentas of which the maternal bloods reveal negative serological results are used for this method to produce the amniotic graft.

Human placenta that meet the above selection criteria is transferred to the laboratory in a sterile plastic bag stored in an ice bucket. The following procedures are performed under sterile conditions, as routinely used for tissue cultures.

1. Under a lamellar-flow hood, the placenta is rinsed several times with balanced salt saline to remove excessive blood clots. Balanced saline solution is available, for example under the trademark BSS® from Alcon Inc., 6201 South Freeway, Fort Worth, Tex., 76101. The rinse also should contain antibiotics to aid in the cleaning and preserving. An example of an effective antibiotic formulation contains 50 μg/ml penicillin, 50 μg/ml streptomycin, 100

| 5 | 6 |

µg/ml neomycin, and 2.5 µg/ml amphotericin B. In addition, the membrane can be treated so that it contains other substances that would be transferred to the recipient once the graft is placed. Examples of substance which can be impregnated into the graft membrane are: therapeutics, hormones, polypeptides; to aid healing of the surgical area or other therapies.

2. With two sets of forceps, the placenta's amniotic membrane is separated easily from the remaining chorion by blunt dissections, while immersed in the above antibiotics-containing balanced saline solution.

3. The separated amniotic membrane, as a sheet, then is mounted/apposed onto a substrate, for example, a sterile nitrocellulose filter, so that the epithelial surface is kept facing up when flattened. Thus, the stromal/fibroblistic layer lies on the filter. The basement membrane lies above the stromal layer, and the epithelial lies above the basement membrane. The filter should be inert with respect to the amniotic membrane and the next discussed storage medium. The filter should not contain bleach or chlorine and should be stable when in the storage medium, especially when subject to freezing and thawing therein. One source of such a filter is Millipore, Inc. and is sold as product number 162-0180. Other useful substrates are nitro cellulose membranes 162-0115, supported nitro cellulose membrane 162-0090 and blot absorbent filter paper 162-0118, all from Biorad.

Sheets of amniotic membranes that have been adhered/mounted onto the nitrocellulose filter are cut to different sizes, for example, 2.5–3.0 cm. ×2.0–2.5 cm. and 1.2–1.5 cm. ×1.75–2.0 cm. and are stored in a culture medium at temperatures below freezing. It is important to appreciate that the freezing of the grafts (the cut up and filter mounted sheets of amniotic membrane) and their subsequent thawing, soon prior to the use, results in the killing of the cells of the membrane, probably by ice crystals formed in the membrane from the liquid in the culture medium. By killing the cells, the resulting graft thereby is not rejected after surgery. However, the integrity of the extracellular matrix is not altered despite the freezing and thawing. Although the cells could be killed by other, conventional, means, the use of freezing-thawing does not introduce agents or conditions which might adversely affect the stored membrane or the completed graft, to cause it not to "take" or be rejected, impair the healing of the eye, etc. As previously noted, the prior art used media to keep the cells vital (alive) and did not recognize the great advantage of killing the cells. While any temperature below freezing should work, a temperature of −80° C. has been used typically to store the grafts. Furthermore, this method of preservation is effective with respect to sterility and efficacy for long-term storage beyond one year, even when the thus stored and frozen cut sheets of membrane are shipped long distances in dry ice.

An example of an effective medium is comprised by 50% Dubecco Modified Eagle's Medium (hereinafter "DMEM medium")(from GIBCO) and 50% glycerol (V/V). A range of 30% to 50% glycerol is usable. The function of the glycerol is to maintain the hydration state of the amniotic membrane; too little or too much hydration is detrimental, 60% to 90% hydration is effective for the intended purpose. The glycerol acts as a high oncotic or hyperosmotic agent; another term for which is a plasma expander. Examples of other usable hyperosmotic agents are: dextran, albumin, and mannitol. The general purpose of the storage medium, such as DMEM, is to provide nutrients to and maintain electrolyte balance for the amniotic membrane. Other examples of a suitable storage medium are: Liebowitz's medium, MEM, and NCTC, all manufactured by Life Technologies.

If the sheets of amniotic membrane, on the filter paper, are to be used "near term", within twenty-four hours of harvesting, then the use of a storage medium is not essential; however, the cells do have to be killed, as previously stated. Graft prepared according to the previously-stated method:

A graft comprising amnion, from human placenta, which has had the chorion removed, that is prepared and preserved according to the previously-stated method. This graft has been rinsed with balanced salt solution and antibiotics. The graft can contain therapeutic substances that have been absorbed into it. The graft is mounted onto filter paper, having suitable characteristics, as previously stated. The graft is stored in a composition of culture medium and a high oncotic agent at freezing temperatures. Prior to use, the graft is thawed.

Method of using prepared amniotic membrane as a surgical graft:

In eyes with persistent epithelial defect and ulceration, after retrobulbar anesthetic injection, the base of the ulcer is debrided with surgical sponges (an example of a suitable surgical sponge is sold under the trademark MICROSPONGE® from Alcon Surgical, Inc., 6201 South Freeway, Fort Worth, Tex. 76134-2099) and 0.12 forceps, and the poorly adherent epithelium adjacent to the edge of the ulcer also is removed to the area where the epithelium becomes quite adherent. The amniotic membrane, which recently was removed from the storage medium and thawed to room temperature, is peeled off from the nitrocellulose filter paper, transferred to the recipient eye, with the stromal surface facing the eye and fitted to cover the defect by trimming off the excess edges of the membrane/graft sheet. In other instances, the opposite side can be used. This fashioned membrane then is secured to the edge of the defect by interrupted 10-0 nylon sutures, and in some cases by a running 10-0 nylon suture. After the knots are buried, the corneal surface becomes smoothed as a result of the well-approximated amniotic membrane filling in the ulcer bed. Except for deep ulcers, one layer of membrane generally is sufficient. But it is also feasible to use two or more layers. A bandage contact lens is applied together with a topical ophthalmic antibiotic ointment comprising neomycin, polymyxin b sulfate and dexamethasone. An example of such a suitable ophthalmic antibiotic ointment is sold under the trademark MAXITROL® from Alcon Laboratories, Inc., 6201 South Freeway, Fort Worth, Tex. 76134.

The inventions herein are more effective than that of De Rötth in conjunctival surface reconstruction for symblepharon lysis. In addition, the invention can be used to reconstruct the conjunctival surface which is damaged during surgical removal of tumor, lesion, or scar tissue. Impression cytology can prove that the reconstructed conjunctiva regain normal epithelial phenotype with goblet cells of which the number is greater than the normal control. Goblet cells secret mucin and are shaped like a goblet. A membrane produced through the invented method, when used as a patch, can reduce corneal haze, a form of scarring, induced by excimer laser photo refractive keratectomy and therapeutic keratectomy, a procedure presently used in patients to correct myopia and astigmatism, and to remove the diseased part of corneas, respectively. Also this method and product can be used by itself or in conjunction with stem cell transplantate to reconstruct surfaces damaged by various causes leading to nimbal stem cell deficiency.

This amniotic graft can be used for promoting successful glaucoma surgeries by correcting bleb leakage. The surgical use of amniotic grafts made according to the inventions herein can prevent recurrence of band keratopathy, prevent

7

adhesion during muscle surgeries, and help orbit reconstruction in oculoplastic surgeries. Band keratopathy is the deposition of calcium on the corneal surface.

In addition to the mentioned ophthalmic uses, it is envisioned that the amniotic membrane of this invention also can be used: as a graft or dressing to cover burned or surgical skin wounds; to prevent adhesion in all intra peritoneal surgeries or other reconstruction on the serosal surfaces covering the abdomen, chest cavity and pericardium; to reconstruct all mocosal surfaces lining the oral and nasal cavities, respiratory tracts, gastrointestinal tracts, and urogenital tracts; as a substrate to support dural repair in brain surgeries; as a substrate to promote nerve regeneration in the central and peripheral nervous systems; and to reconstruct soft tissues to prevent adhesion in joint or tendon repairs.

It is believed that surgeons, scientists and researchers will benefit from the information provided in the following papers:

1. Kim J C, Tseng SCG. Transplantation of preserved human amniotic membrane for surface reconstruction in severely damaged rabbit corneas. Cornea. 1995;14:473–84.

2. Tsubota K, Satake Y, Ohyama M, et al. Surgical reconstruction of the ocular surface in advanced ocular cicatricial pemphigoid and Stevens-Johnson syndrome. Am J Ophthalmol. 1996;122:38–52.

3. Lee S. Tseng SCG. Amniotic membrane transplantation for persistent epithelial defects with ulceration. Amn J Ophthalmol. 1997;123:303–312.

4. Prabhasawat P, Barton K, Burkett G, Tseng SCG. Comparison of conjunctival autografts, amniotic membrane grafts and primary closure for pterygium excision. Ophthalmology. 1997;104:974–985.

5. Tseng SCG, Prabhasawat P, Lee S. Amniotic membrane transplantation for conjunctival surface reconstruction. Am J Ophthalmol. 1997; December issue, 124:765–774.

6. Prabhasawat P, Tseng SCG. Impression cytology study of epithelial phenotype of ocular surface reconstructed by preserved human amniotic membrane. Arch Ophthalmol. 1997; November issue, 115:1360–1367.

7. Barton K, Budenz D L, Khaw P T, Tseng SCG. Amniotic membrane transplantation in glaucoma surgery. Invest Ophthalmol Vis Sci 1997;38–5473.

8. Wang M, Gray T, Prabhasawat P, Ma X, Ding F-y, Hernandez E, Sanabria O, Culbertson W, Hanna K, Forster R K, Tseng SCG. Corneal haze is reduced by amniotic membrane matrix in excimer laser photoablation in rabbits. Invest ophthalmol Vis Sci 1997;38:S405.

9. Tseng SCG, Prabhasawat P, Barton K, Gray T B, Meller D. Amniotic membrane transplantation for corneal surface reconstruction in patients with limbal stem cell deficiency. Arch Ophthalmol, in press 1998 (April).

While there has been described preferred embodiments of this invention's methods and products, and there has been mentioned modifications thereto; other changes, variations and modifications can be made within the scope of the appended claims, without departing from the spirit and scope of this invention.

What I claim is:

1. A surgical graft comprising amniotic membrane prepared by a method comprising:

separating an amniotic membrane of a human placenta from its chorion, said amniotic membrane comprising cells and an extracellular matrix;

mounting said amniotic membrane onto a substrate, with the epithelial surface of said amniotic membrane facing away from said substrate; and

8

killing said cells of said amniotic membrane while maintaining the integrity of said extracellular matrix, prior to using said amniotic membrane as a surgical graft.

2. A surgical graft comprising amniotic membrane prepared by a method comprising:

separating an amniotic membrane of a human placenta from its chorion, said amniotic membrane comprising cells and an extracellular matrix;

mounting said amniotic membrane onto a substrate, with the epithelial surface of said amniotic membrane facing away from said substrate;

killing said cells of said amniotic membrane while maintaining the integrity of said extracellular matrix, by freezing said amniotic membrane in a liquid comprising a culture medium and a hyperosmotic reagent; and

thawing said amniotic membrane prior to using said amniotic membrane as a surgical graft.

3. A surgical graft comprising:

human amniotic membrane comprising cells and an extracellular matrix, wherein said cells have been killed prior to said amniotic membrane being used for a surgical graft.

4. A surgical graft according to claim 3, in which;

said membrane has a stromal layer having a surface;

said surface being the surface of said graft which is to be applied to a surgical site.

5. A surgical graft according to claim 4, in which;

said membrane is mounted to a substrate, with said surface of said stromal layer facing said substrate.

6. A surgical graft according to claim 4, in which;

said membrane is mounted to a substrate, with said surface of the basement layer facing said substrate.

7. A surgical graft according to claim 3, in which;

said membrane contains at least one of antibiotics, cellular hormones, polypeptides, therapeutics.

8. A surgical graft according to claim 3, and in combination therewith;

a culture medium and a hyperosmotic agent, for storing said amniotic membrane in a frozen condition.

9. A surgical graft according to claim 8, in which;

said culture medium is DMEM; and

said hyperosmotic agent is glycerol.

10. A storage solution for a surgical graft comprising amniotic membrane, comprising;

a culture medium; and

a hyperosmotic agent.

11. A storage solution according to claim 10, in which said culture medium has the function attributes of DMEM.

12. A storage solution according to claim 11, in which;

said hyperosmotic agent is glycerol.

13. A storage solution according to claim 12, in which the amounts of said DMEM and said glycerol are about 50% and 50% (V/V), respectively.

14. A surgical graft of claim 1, wherein the surgical graft is employed for any one of:

autografting during bare sclera removal of pterygium;

promoting healing of corneal epithelial defects with ulceration;

restoring or maintaining a normal epithelial phenotype;

constructing conjunctive surface for symblepharon lysis;

reconstructing an orbit in oculoplastic surgery;

reconstructing conjunctival and/or corneal surfaces after removal of tumors, lesions, and/or scar tissue;

| 9 | 10 |

correcting bleb leakage;
reducing corneal haze induced by keratectomy;
reducing inflammation, angiogenesis and/or scarring; and
preventing recurrence of band keratopathy.

15. A surgical graft of claim 1, wherein the surgical graft is employed for dressing a skin wound.

16. A surgical graft of claim 15, wherein the skin wound is a burn wound or a surgical wound.

17. A surgical graft of claim 1, wherein the surgical graft is employed for preventing adhesion in surgery.

18. A surgical graft of claim 17, wherein the surgical graft is employed for preventing adhesion in a surgery selected from: muscle surgery, intraperitoneal surgery; surgery on serosal surface covering the, abdomen, chest cavity or pericardium; and surgery for joint or tendon repair.

19. A surgical graft of claim 1, wherein the surgical graft is employed for reconstructing mucosal surfaces.

20. A surgical graft of claim 19, wherein the mucosal surface is selected from: mucosal surface lining the oral cavity; mucosal surface lining the nasal cavities; mucosal surface lining the respiratory tract; mucosal surface lining the gastrointestinal tract; and mucosal surface lining the urogenital tract.

21. A surgical graft of claim 1, wherein the surgical graft is employed for reducing scarring.

22. A surgical graft of claim 1, wherein the surgical graft is employed for reconstructing soft tissues.

23. A surgical graft of claim 1, wherein the surgical graft is employed as a support for dural repair.

24. A surgical graft of claim 1, wherein the surgical graft is employed as a substrate for culturing neurons.

25. A surgical graft of claim 24, wherein the neurons are peripheral or central nervous system neurons.

26. A surgical graft of claim 1, wherein the surgical graft is employed for promoting axonal regeneration or for repairing a nerve.

27. A surgical graft of claim 1, wherein the surgical graft further comprises a limbal allograft.

28. A surgical graft of claim 27, wherein the surgical graft is employed for ocular surface construction for any one of: ocular cicatricial pemphigoid; Stevens-Johnson syndrome; chemical burns; thermal burns; aniridia; atopic keratitis; and idiopathic limbal stem cell deficiency.

29. A surgical graft of claim 3, wherein the surgical graft is employed for any one of:
autografting during bare sclera removal of pterygium;
promoting healing of corneal epithelial defects with ulceration;
restoring or maintaining a normal epithelial phenotype;
constructing conjunctive surface for symblepharon lysis;
reconstructing an orbit in oculoplastic surgery;
reconstructing conjunctival and/or corneal surfaces after removal of tumors, lesions, and/or scar tissue;
correcting bleb leakage;
reducing corneal haze induced by keratectomy;
reducing inflammation, angiogenesis and/or scarring; and
preventing recurrence of band keratopathy.

30. A surgical graft of claim 3, wherein the surgical graft is employed for dressing a skin wound.

31. A surgical graft of claim 30, wherein the skin wound is a burn wound or a surgical wound.

32. A surgical graft of claim 3, wherein the surgical graft is employed for preventing adhesion in surgery.

33. A surgical graft of claim 32, wherein the surgical graft is employed for preventing adhesion in a surgery selected from: muscle surgery, intraperitoneal surgery; surgery on serosal surface covering the abdomen, chest cavity or pericardium; and surgery for joint or tendon repair.

34. A surgical graft of claim 3, wherein the surgical graft is employed for reconstructing mucosal surfaces.

35. A surgical graft of claim 34, wherein the mucosal surface is selected from: mucosal surface lining the oral cavity; mucosal surface lining the nasal cavities; mucosal surface lining the respiratory tract; mucosal surface lining the gastrointestinal tract; and mucosal surface lining the urogenital tract.

36. A surgical graft of claim 3, wherein the surgical graft is employed for reducing scarring.

37. A surgical graft of claim 3, wherein the surgical graft is employed for reconstructing soft tissues.

38. A surgical graft of claim 3, wherein the surgical graft is employed as a support for dural repair.

39. A surgical graft of claim 3, wherein the surgical graft is employed as a substrate for culturing neurons.

40. A surgical graft of claim 39, wherein the neurons are peripheral or central nervous system neurons.

41. A surgical graft of claim 3, wherein the surgical graft is employed for promoting axonal regeneration or for repairing a nerve.

42. A surgical graft of claim 3, wherein the surgical graft further comprises a limbal allograft.

43. A surgical graft of claim 42, wherein the surgical graft is employed for ocular surface construction for any one of: ocular cicatricial pemphigoid; Stevens-Johnson syndrome; chemical burns; thermal burns; aniridia; atopic keratitis; and idiopathic limbal stem cell deficiency.

44. A surgical graft according to claim 8, wherein the culture medium is selected from the group consisting of: Liebowitz's medium, MEM, and NCTC.

45. A surgical graft according to claim 8, in which said hyperosmotic agent is selected from the group consisting of: dextran, albumin, and mannitol.

46. A storage solution according to claim 10, in which the culture medium is selected from the group consisting of: DMEM, Liebowitz's medium, MEM and NCTC.

47. A storage solution according to claim 10, in which the hyperosmotic agent is selected from the group consisting of: glycerol, dextran, albumin, and mannitol.

48. A storage solution according to claim 12, in the amount of glycerol is from about 30% to about 50% (V/V).

* * * * *

# CIVIL COVER SHEET

**03-22815
CIV-HOEVELER
MAGISTRATE
BANDSTRA**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
TISSUETECH, INC.,
a Florida Corporation

**DEFENDANTS**
NORTHWEST TISSUE CENTER, a department of PUGET SOUND BLOOD CENTER AND PROGRAM, a Washington public benefit corporation.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Kevin J. O'Grady, Esquire
Ruden, McClosky, Smith, Schuster & Russell, PA
200 East Broward Blvd., Ft. Lauderdale, FL 33301
(954) 527-2487

**ATTORNEYS (IF KNOWN)**
1:03CV 22815 · HOEVELER/TEB

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** **DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Patent Infringement 35 U.S.C. §101 et seq.

**IVa.** 5 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | A PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | B SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | A LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS / B PRISONER PETITIONS | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | A FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment / Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other * | | | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights * A or B | | | * A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding  ☐ 2. Removed From State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Refiled  ☐ 5. Transferred from another district (Specify)  ☐ 6. Multidistrict Litigation  ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23   DEMAND $  Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  DOCKET NUMBER _____

DATE 10/21/03  SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2

FOR OFFICE USE ONLY: Receipt No. 329315  Amount: 150.00