UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-22815-CIV-Hoeveler/Bandstra

FILED BY _____ D.C.

03 DEC 23 PM 12: 44

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

TISSUETECH, INC.,
a Florida corporation

      Plaintiff,

vs.

NORTHWEST TISSUE CENTER, a
department of PUGET SOUND BLOOD
CENTER AND PROGRAM, a Washington
public benefit corporation.

      Defendant.

## PLAINTIFF'S ANSWER TO COUNTERCLAIM

Plaintiff, Tissuetech, Inc., answers the Counterclaim for Declaratory Judgment as follows:

1.    Admitted as to personal jurisdiction and venue. Denied that this counterclaim is permissible because the relief sought by Defendant is cumulative to the relief sought in accordance with its affirmative defenses.

2.    Without knowledge.

3.    Admitted.

4.    Admitted only that NWTC's affirmative defenses challenge the enforceability, validity, and scope of infringement. Denied as to the remaining allegations.

5.    Denied that the Counterclaim is an exceptional case.



FTL:1144408:1

## Affirmative Defenses

1. The Counterclaim fails to state a cause of action because, *inter alia*, the relief sought by Defendant is duplicative of the relief sought in accordance with its affirmative defenses.

2. Plaintiff's patents are valid and enforceable against Defendant.

3. Defendant is not entitled to any relief because Defendant is infringing Plaintiff's patents, as described in detail in the Complaint.

4. Defendant's Counterclaim is barred by laches.

5. Defendant's Counterclaim is barred by estoppel.

6. Defendant's Counterclaim is barred by the doctrine of unclean hands.

7. In the event the Court finds this to be an exceptional case under 35 U.S.C. § 285, Plaintiff is entitled to an award of its attorneys' fees.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Plaintiff
15th Floor
200 East Broward Boulevard
Post Office Box 1900
Fort Lauderdale, Florida  33302
Phone:  (954)527-2487
Fax:    (954)333-4087
Kevin.Ogrady@Ruden.com

By: /s/ Kevin J. O'Grady
Kevin J. O'Grady
Florida Bar No. 376590
Robert M. Schwartz
Florida Bar No. 304018
Matthew S. Nelles
Florida Bar No. 09245

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Answer To Counterclaim has been furnished on this 22nd day of December, 2003, by U.S. mail to Philip P. Mann, Esq., Johnson Kindness PLLC, Attorneys for Defendant, 1420 Fifth Avenue, Suite 2800, Seattle, WA 98101-2347 and Charles M. Rosenberg, Esq., Carlton Fields, P.A., Attorneys for Defendants, 4000 International Place, 100 S.E. Second Street, Miami, FL 33131-9101.

Matthew S. Nelles